# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 18-14501-AMC

SONYA W SINGER
STUART J SINGER
128 ALTIMARI COURT

SOUTHAMPTON, PA 18966

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SONYA W SINGER
    STUART J SINGER
    128 ALTIMARI COURT

    SOUTHAMPTON, PA 18966

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, * *

                                              /S/ William C. Miller

Date: 10/16/2018                               _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee