# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stuart J. Singer<br>Sonya W. Singer<br>                    Debtors | CHAPTER 13 |
| U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1<br>                    Movant<br>          vs.<br>Stuart J. Singer<br>Sonya W. Singer<br>                    Respondents | NO. 18-14501 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1 to Confirmation of Chapter 13 Plan, which was filed with the Court on or about September 24, 2018 (Document No. 15).

                                          Respectfully submitted,

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          Kevin G. McDonald, Esquire
                                          Attorneys for Movant
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

November 1, 2018